IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01719–REB–KMT

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND MCDONALD,

    Defendant.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion to Stay All Proceedings and Orders of Black & McDonald, Inc. and Custom Lighting Services, LLC" (Doc. No. 10, filed Mar. 14, 2013) is DENIED without prejudice. The Scheduling Conference will proceed as scheduled on March 21, 2013. However, in light of Plaintiffs' failure to respond to Defendant's communications, the court will <u>not</u> require Defendant to submit a proposed Scheduling Order. In addition, Defendants' counsel may appear <u>telephonically</u> at the Scheduling Conference by calling chambers, 303-335-2780, at the scheduled time.

Dated: March 15, 2013