IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01719-REB-KMT

THERESA L. DOWLING,

    Plaintiff,

v.

BLACK AND MCDONALD,

    Defendant.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order Adopting Recommendation of the United States Magistrate Judge** [#20] entered by Judge Robert E. Blackburn on May 1, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#17], filed April 5, 2013, is **APPROVED AND ADOPTED** as an order of this court;

2. That the plaintiff's claims against defendant are **DISMISSED WITH PREJUDICE** as a sanction for failure to comply with the duly issued orders of the court and failure to prosecute;

3. That **JUDGMENT IS ENTERED** with prejudice in favor of the defendant, Black and McDonald, and against the plaintiff, Theresa L. Dowling, on all claims for relief and causes of action asserted in this action; and

4. That the defendant is **AWARDED** its costs to be taxed by the Clerk of the Court pursuant to Fed.R.Civ.P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado, this 2nd day of May, 2013.

                                        FOR THE COURT:

                                        JEFFREY P. COLWELL, CLERK

                                        By: s/Edward P. Butler
                                                Edward P. Butler
                                                Deputy Clerk